UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANKLIN PERALTA,

Plaintiff,

v.

PORSCHE CARS NORTH AMERICA, INC.,

Defendant.

Case No. 26-cv-11988-AGT

**ORDER RE: PLAINTIFF'S RESPONSE TO THE MOTION TO DISMISS**

Defendant Porsche Cars North America, Inc. filed a motion to dismiss on October 21, 2026. Dkt. 5. Plaintiff Franklin Peralta's opposition to the motion was due on November 4, 2026. Civil L.R. 7-3(a). Under the Local Rules, a party who doesn't oppose a motion must still file a statement of nonopposition by the deadline to oppose. Civil L.R. 7-3(b). Plaintiff didn't meet that deadline.

Accordingly, the Court orders Plaintiff to respond to Defendant's motion by **December 4, 2026**. Defendant may file a reply by **December 11, 2026**. The hearing set for December 4, 2026 is hereby vacated; the Court will set a hearing at a later date if it determines that one is required.

**IT IS SO ORDERED.**

Dated: November 20, 2026

Alex G. Tse
United States Magistrate Judge